IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO.  3:11mj168-LRA

DIEGO GUERRERO *a/k/a*
*Diego Acuna-Guerrero a/k/a*
*Cheeks*                                                          DEFENDANT


**EXHIBIT LIST**


| DATE | NO. | DESCRIPTION | SPONSOR | ID | EVID |
|------|-----|-------------|---------|----|----|
| 2/23/12 | G-1 | CD of telephone conversation between King and Guerrero | Robinson | | X |
| 2/23/12 | G-2 | Photograph of Diego Guerro | Robinson | | X |